CHICAGO—FIRST DISTRICT—MAY, 1918.    271

Pask v. The London & Lancashire F. Ins. Co., 211 Ill. App. 271.

Walter Pask, Appellee, v. The London & Lancashire Fire Insurance Company, Limited, Appellant.

Gen. No. 23,411. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918. Rehearing denied May 24, 1918.

## Statement of the Case.

Action by Walter Pask, plaintiff, against The London & Lancashire Fire Insurance Company, Limited, defendant, to recover on an automobile theft insurance policy. From a judgment for $434.30 in favor of plaintiff, defendant appeals.

SCHUYLER & WEINFELD, for appellant.

ROBERT F. KOLB, for appellee; FRANK INGRAFFIA, of counsel.

MR. JUSTICE MCDONALD delivered the opinion of the court.

## Abstract of the Decision.

AUTOMOBILES AND GARAGES, § 7*—*when theft with felonious intent shown.* In an action on an automobile theft policy, the evidence showed a theft of the automobile with felonious intent where it appeared that a discharged servant of plaintiff's, whose duties while in the employ of his master did not include driving an automobile, unlocked the garage and put the batteries and other equipment on the car and drove it away without the owner's knowledge or consent, and the equipment was not on the car when it was returned by him in a damaged condition.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.